JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

DINA KNORR,

               Plaintiff,

   v.

NANCY BERRYHILL, Acting
Commissioner of Social Security,

               Defendant.

Case No.  EDCV 16-00648-KES

**JUDGMENT**

    IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner of the Social Security Administration is reversed and this matter is remanded for further proceedings consistent with the Opinion.

DATED:  March 10, 2017

_____

KAREN E. SCOTT
United States Magistrate Judge